Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
         service@moorelawfirm.com

Attorney for Plaintiff,
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>          Plaintiff,<br><br>     vs.<br><br>TAQUERIA LA MICHOACANA ABB, et al.,<br><br>          Defendants. | ) No. 1:24-cv-01090-HBK<br>)<br>) **NOTICE OF TENTATIVE SETTLEMENT**<br>) **OF ENTIRE ACTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff Jose Escobedo hereby reports that the parties in this action have reached a full and complete settlement of Plaintiff's claims, pending receipt of Defendants' signatures on the approved settlement agreement and fulfillment of Defendants' obligations under the agreement as a prerequisite for dismissal. Plaintiff requests until December 17, 2024 to finalize settlement and file a request for dismissal of the action.

Dated: December 5, 2024                    MOORE LAW FIRM, P.C.

                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Jose Escobedo

NOTICE OF TENTATIVE SETTLEMENT OF ENTIRE ACTION